CHRISTOPHER A. CROFTS
United States Attorney
NICHOLAS VASSALLO (WY Bar # 5-2443)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003
Telephone: (307) 772-2124
Facsimile: (307) 772-2123
Email: nick.vassallo@usdoj.gov
*Attorneys for Defendants*

RONE B. TEMPEST
16 Sacajawea Avenue
Lander, WY 82520
(307) 335-8673
*Plaintiff*

## UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF WYOMING

| | |
|---|---|
| RONE B. TEMPEST ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> NATIONAL ENERGY ) <br> TECHNOLOGY LABORATORY, ) <br> UNITED STATES DEPARTMENT ) <br> OF ENERGY, ) <br> ) <br> *Defendants.* ) | Case No. 14-CV-171-F |

### STIPULATION FOR DISMISSAL WITH PREJUDICE
### UNDER RULE 41(a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Plaintiff Rone B. Tempest and Defendants National Energy Technology Laboratory and the United States Department of Energy hereby stipulate to the dismissal of this action with prejudice in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party will bear its own costs, fees, and expenses.

                                           CHRISTOPHER A. CROFTS
                                           United States Attorney

By: /s/ Nicholas Vassallo

\_\_\_1/26/15_____
DATE

NICHOLAS VASSALLO
Attorney for Defendants

\_\_\_1/29/15_____   /s/ R. B. Tempest
DATE

RONE B. TEMPEST
Plaintiff

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on February 2, 2015, a true and correct copy of the **STIPULATION FOR DISMISSAL WITH PREJUDICE** was served on the following by the method(s) indicated below:

| | |
|---|---|
| Rone B. Tempest<br>16 Sacajawea Avenue<br>Lander, WY  82520 | [ ] By Facsimile<br>[X] By U.S. Mail - postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Electronic Filing |

*Becki Hunter*
Becki Hunter
United States Attorney's Office